PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hakeem Awe                                    Cr.: 13-00086-001
                                                                PACTS #: 64466

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/18/2014

Original Offense:   Count One: Mail Fraud
                    Count Two: Aggravated Identity Theft

Original Sentence: 57 months imprisonment, 36 months supervised release

Special Conditions: Cooperation with Immigration and Customs Enforcement, New Debt Restrictions, Self-Employment/Business Disclosure, Occupational Restrictions, $1,242,047.20 Restitution, $200.00 Special Assessment

Type of Supervision: Supervised Release              Date Supervision Commenced: 02/22/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The defendant shall make restitution in the total amount of $1,242,047.20. The Court will waive the interest requirements in this case. Payments should be made payable to the United States Treasury and mailed to Clerk, United States District Court, 402 East State Street, Room 2020, Trenton, New Jersey 08608. To date, Awe has paid the $200.00 special assessment in full and $3,928.71 towards restitution. A balance of $1,238,318.49 is outstanding.

U.S. Probation Officer Action:

Over the course of the last two years of supervision, the offender has been generally compliant with the conditions imposed, and appears to have made payments to the best of his ability. As Awe's supervision term is scheduled to expire on February 21, 2021, the Probation Office is respectfully requesting the offender's case be allowed to expire with an outstanding financial obligation. The Financial Litigation Unit of the United States Attorney's Office will be notified and collect the balance owed.

Recommendation: It is respectfully requested that Your Honor take no further action and allow Mr. Awe's term of supervision expire as scheduled on February 21, 2021.

Prob 12A – page 2
Hakeem Awe

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: BLAIR C. JANULIS
U.S. Probation Officer

/ bcj

APPROVED:

_____  8/17/20
EDWIN VAZQUEZ           Date
Supervising U.S. Probation Officer

Please check a box below to indicate the Court's direction regarding action to be taken in this case:

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

August 24, 2020
Date